# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| HARPREET SINGH,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,<br><br>    Respondents. | Case No. 1:25-CV-168<br><br>Judge Michael R. Barrett<br><br>**ORDER** |

Petitioner Harpreet Singh, currently in custody at the Butler County Jail on behalf of federal immigration authorities, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The parties have filed initial briefs, and the Court invites additional briefing to clarify the following issues: (1) the statutory authority under which Respondents purport to hold Petitioner; (2) whether Petitioner is considered "paroled" pursuant to 8 U.S.C. § 1255(h); and (3) whether Petitioner still holds valid Special Immigrant Juvenile ("SIJ") status, and if so, must he be afforded an opportunity to apply for adjustment of status with USCIS prior to any order of removal? The Court further invites the parties to supplement the record with documents from Petitioner's removal proceedings and a timeline of events.

    **IT IS SO ORDERED.**

                                                    */s/ Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge