# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| HARPREET SINGH, | Case No. 1:26-cv-00168 |
| Petitioner, | District Judge Michael R. Barrett |
| v. | Magistrate Judge Kimberly A. Jolson |
| MARKWAYNE MULLIN,[1] Secretary, United States Department of Homeland Security, *et al.*, | |
| Respondents. | |

## STATUS REPORT

Respondents Markwayne Mullin, Secretary, United States Department of Homeland Security, *et al.*, file this Status Report certifying Respondents' compliance with this Court's Order Granting Writ of Habeas Corpus. (Order, ECF 14.)

On March 24, 2026, a bond hearing was held for Petitioner and, following that hearing, the immigration judge entered an order that Petitioner be released from custody on a bond of $25,000.00. (Bond Order, Ex. A, at 3.) Petitioner waived appeal. (*Id.*)

Respondents request that the Court terminate this case and discharge any further obligations under the Court's Orders.  (Orders, ECF 4, 14.)

---

[1] Markwayne Mullin was sworn in as the new Secretary of the United States Department of Homeland Security on March 24, 2026.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/William B. King II*
WILLIAM B. KING II (094046)
Assistant United States Attorney
Attorney for Respondents
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
E-mail: Bill.King@usdoj.gov

2