

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CLEVELAND IMMIGRATION COURT**

Respondent Name:

    SINGH, HARPREET

To:

    KAMBO, RAJAN
    366 North Broadway
    Suite 405
    Jericho, NY 11753

A-Number:
201-846-379
Riders:
In Custody Redetermination Proceedings

Date:
03/24/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☑ released from custody under bond of $ 25,000.00
    ☑ other:
        ELECTRONIC MONITORING

☐ Other:

**EXHIBIT A**

Immigration Judge: Horton, Monte 03/24/2026

Appeal:    Department of Homeland Security:  ☑ waived    ☐ reserved

Respondent:    ☑ waived    ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : SINGH, HARPREET | A-Number : 201-846-379

Riders:

Date: 03/24/2026 By: Haynik, Brad, Court Staff