# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

HARPREET SINGH,

    Petitioner,

    v.

KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, et al.,

    Respondents.

Case No. 1:26-CV-168

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Respondents' status report of March 25, 2026. (Doc. 15). The record now reflects that Petitioner Harpreet Singh was afforded a constitutionally compliant custody redetermination hearing before an Immigration Judge, pursuant to the Court's conditional grant of habeas corpus relief.

Accordingly, Respondents' obligations are now **DISCHARGED**, and this matter is **CLOSED**.[1]

    **IT IS SO ORDERED.**

                        */s/ Michael R. Barrett*
                        Michael R. Barrett
                        United States District Judge

---

[1] The Court will retain jurisdiction to adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g., Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).

1